IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEROME W. KOBISHOP,

          Plaintiff,                    ORDER

  v.

MARINETTE COUNTY SHERIFF'S DEPT. et al,    13-cv-356-bbc

          Defendants.

---

JEROME W. KOBISHOP,

          Plaintiff,                    ORDER

  v.                                                      13-cv-357-bbc

LORI KOBISHOP,

          Defendant.

---

JEROME W. KOBISHOP,

          Plaintiff,                    ORDER

  v.                                                      13-cv-358-bbc

LORI KOBISHOP,

          Defendant.

---

JEROME W. KOBISHOP,

          Plaintiff,                    ORDER

  v.                                                      13-cv-359-bbc

MIKE HAUPT and CHAD HOUSTON,

          Defendants.

---

JEROME W. KOBISHOP,

          Plaintiff,                    ORDER

  v.                                                      13-cv-360-bbc

HARRY WHITE and DAVID MIRON,

          Defendants.

---

JEROME W. KOBISHOP,

          Plaintiff,                    ORDER

  v.                                                      13-cv-361-bbc

LORI KOBISHOP,

          Defendant.

---

| | | |
|---|---|---|
| JEROME W. KOBISHOP, | | |
| | Plaintiff, | ORDER |
| v. | | |
| | | 13-cv-362-bbc |
| LORI KOBISHOP, | | |
| | Defendant. | |

| | | |
|---|---|---|
| JEROME W. KOBISHOP, | | |
| | Plaintiff, | ORDER |
| v. | | |
| | | 13-cv-363-bbc |
| MIKE PERRY, | | |
| | Defendant. | |

Plaintiff Jerome Kobishop, who is being held at the Mendota Mental Health Institute in Madison, Wisconsin in connection with a criminal misdemeanor case in Marinette County, has submitted eight proposed complaints. Plaintiff requests leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency. Upon review of his affidavit, I find that plaintiff is unable to prepay the fees for commencing these actions and I will grant his request for leave to proceed *in forma pauperis*.

Accordingly, IT IS ORDERED that plaintiff's complaints are taken under advisement. As soon as the court's calendar permits, plaintiff's complaints will be screened pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed either because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about these cases, he should be sure to write the case numbers shown above on his communication.

Entered this 5th day of June, 2013.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2